

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-1-2011

# Pedro Calla-Collado v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 11-1624

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Pedro Calla-Collado v. Atty Gen USA" (2011). *2011 Decisions.* Paper 25.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/25

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 19, 2011

No. 11-1624

PEDRO JESUS CALLA-COLLADO,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent
(Agency No. A088-232-404)

Present:  RENDELL, JORDAN and VAN ANTWERPEN, Circuit Judges

1. Motion by Respondent to Publish Opinion Dated October 12, 2011;

2. Response by Petitioner In Opposition to Motion to Publish Opinion Dated
October 12, 2011.

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motion is hereby GRANTED.  The Not Precedential Opinion filed on
October 12, 2011 is hereby VACATED and a Precedential Opinion shall be filed
forthwith.

By the Court,


/s/Marjorie O. Rendell
Circuit Judge


Dated: December 1, 2011
PDB/cc: All Counsel of Record